UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LATOYA FREEMAN,<br><br>                Plaintiff(s),<br><br>-against-<br><br>GRIMLEY FINANCIAL CORPORATION and JOHN DOES 1-25<br><br>                Defendant(s). | Civil Case No.: 1:17-cv-13314 JHR-JS<br><br>**NOTICE OF SETTLEMENT** |

      Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: January 22, 2018

                                        */s/ Joseph K. Jones*
                                        Joseph K. Jones, Esq.
                                        JONES, WOLF & KAPASI, LLC
                                        375 Passaic Avenue, Suite 100
                                        Fairfield, New Jersey 07004
                                        (973) 227-5900 telephone
                                        (973) 244-0019 facsimile
                                        jkj@legaljones.com
                                        *Attorneys for Plaintiff*